# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| THE GOVERNMENT OF QUÉBEC,<br>    Plaintiff,<br>MARMEN INC., MARMEN ÉNERGIE INC., MARMEN ENERGY CO.,<br>    Consolidated Plaintiffs,<br>    and<br>THE GOVERNMENT OF CANADA,<br>    Plaintiff-Intervenor,<br>    v.<br>THE UNITED STATES,<br>    Defendant,<br>    and<br>WIND TOWER TRADE COALITION,<br>    Defendant-Intervenor,<br>    and<br>THE GOVERNMENT OF ONTARIO,<br>    Defendant-Intervenor. | Consolidated Court No. 20-00168 |

## PLAINTIFF'S, CONSOLIDATED PLAINTIFFS', AND PLAINTIFF-INTERVENOR'S JOINT NOTICE OF APPEAL

Notice is hereby given that Plaintiff the Government of Québec; Consolidated Plaintiffs Marmen Inc., Marmen Énergie Inc., and Marmen Energy Co.; and Plaintiff-Intervenor the Government of Canada hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's final decision and judgment entered in this action on March 18, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ Jay C. Campbell | /s/ Matthew J. Clark |
| Jay C. Campbell | Matthew J. Clark |
| Ron Kendler | Nancy A. Noonan |
| Allison Kepkay | Jessica R. DiPietro |
| | Aman Kakar |
| WHITE AND CASE LLP | ARENT FOX SCHIFF LLP |
| 701 Thirteenth Street, NW | 1717 K Street, NW |
| Washington, DC 20005 | Washington, DC 20006 |
| (202) 626-3600 | (202) 857-6000 |
| jcampbell@whitecase.com | Matthew.Clark@afslaw.com |

*Counsel to Consolidated Plaintiffs Marmen Inc., Marmen Énergie Inc., and Marmen Energy Co.*

*Counsel for the Government of Québec*

 /s/ Joanne E. Osendarp
Joanne E. Osendarp
Alan G. Kashdan
Tim Hruby
Conor Gilligan

McDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8000
josendarp@mwe.com

*Counsel for the Government of Canada*

Date: May 16, 2022

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 16th day of May 2022, "PLAINTIFF'S, CONSOLIDATED PLAINTIFFS', AND PLAINTIFF-INTERVENOR'S JOINT NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ Jay C. Campbell
                                                Jay C. Campbell