NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**THE GOVERNMENT OF QUEBEC, MARMEN INC.,
MARMEN ENERGIE INC., MARMEN ENERGY CO.,
THE GOVERNMENT OF CANADA,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, WIND TOWER TRADE
COALITION,**
*Defendants-Appellees*

**THE GOVERNMENT OF ONTARIO,**
*Defendant*

———————————

2022-1807

———————————

Appeal from the United States Court of International Trade in Nos. 1:20-cv-00168-GSK, 1:20-cv-00170-GSK, 1:20-cv-00172-GSK, Judge Gary S. Katzmann.

———————————

**ON PETITION FOR PANEL REHEARING AND
REHEARING EN BANC**

———————————

2                              GOVERNMENT OF QUEBEC v. US

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*[1].

PER CURIAM.

## O R D E R

The Government of Québec, Marmen Inc., Marmen Énergie Inc., Marmen Energy Co., and the Government of Canada filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue September 18, 2024.

FOR THE COURT

September 11, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Circuit Judge Newman did not participate.