# United States Court of Appeals for the Federal Circuit

---

**THE GOVERNMENT OF QUEBEC, MARMEN INC., MARMEN ENERGIE INC., MARMEN ENERGY CO., THE GOVERNMENT OF CANADA,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, WIND TOWER TRADE COALITION,**

*Defendants-Appellees*

**THE GOVERNMENT OF ONTARIO,**

*Defendant*

---

2022-1807

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00168-GSK, 1:20-cv-00170-GSK, 1:20-cv-00172-GSK, Judge Gary S. Katzmann.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered June 21, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 18, 2024

Date

Jarrett B. Perlow
Clerk of Court